(91 South. 253)

No. 25055.

## STATE v. LOUISIANA RY. & NAV. CO.

(Feb. 27, 1922.)

*(Syllabus by Editorial Staff.)*

Courts ⚖⇒224(7)—Supreme Court held not to have jurisdiction of appeal in action for license tax.

The Supreme Court had no jurisdiction of an appeal by the state in an action for license taxes amounting to $130, where neither the validity. legality, nor constitutionality of the tax was involved, under Const. 1921, art. 7, § 10.

Appeal from First City Court, Parish of Orleans; Val J. Stentz, Judge.

Action by the State against the Louisiana Railway & Navigation Company. Judgment for defendant, and plaintiff appeals. Case transferred to Court of Appeals.

H. G. McCall, of New Orleans, for appellant.

Milling, Godchaux, Saal & Milling and Eugene D. Saunders, all of New Orleans, for the State.

By the WHOLE COURT.

On Motion to Dismiss.

DAWKINS, J. The state sued the defendant for license taxes amounting to $130, there was judgment for defendant, and the state appealed to this court.

Defendant has moved to dismiss the appeal on the ground that we are without jurisdiction ratione materiæ, and since the motion was submitted the state has filed a motion to transfer the case to the Court of Appeal for Orleans Parish.

The validity, legality, or constitutionality of the tax is in no sense an issue in the case, but merely the question of whether defendant owes the sum claimed. Hence we have no jurisdiction (Const. 1921, art. 7, § 10), and we will, therefore, transfer the case to the Court of Appeal for the Parish of Orleans,

appellant to pay costs of this court, all other costs to await final judgment; and it is so ordered.